FRED H. KRULL, Respondent, *v.* BENNETT HOMES AND LUMBER Co., INC., et al., Defendants; CITY OF NORTH TONAWANDA, Appellant, and COUNTY OF NIAGARA, Respondent.

Argued October 8, 1940; decided November 13, 1940.

*Henry W. Schmidt* and *Charles F. McMahon* for appellant.
*George M. Donohue* for plaintiff-respondent.
*Robert L. Rice, Jr.,* for defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.